UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61071-CIV-DIMITROULEAS

JOHNNIE LEE,

     Plaintiff,

v.

ESA P PORTFOLIO OPERATING LESSEE, LLC, a Foreign
Limited Liability Company d/b/a EXTENDED STAY AMERICA,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING COMPLAINT

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Strauss [DE 31] ("Report"), dated March 18, 2021.  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate Judge's reasoning and conclusions.  Based on Plaintiff's conduct, it appears that dismissal is appropriate as lesser sanctions would be inadequate. The Court will not impose additional sanctions, however, given Plaintiff's indigency.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Magistrate Judge's Report [DE 31] is hereby **ADOPTED** and **APPROVED**;

2.      Defendant's Motion to Dismiss [DE 22] is **GRANTED in part and DENIED in part** in accordance with this Order;

3.      This case is **DISMISSED** with prejudice;

4.      Defendant's request for additional sanctions is **DENIED**.

5.      The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of April, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Strauss
Counsel of record